UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BONSTELL, | ) Case No.: 11-cv-01092-GJQ |
| Plaintiff, | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| COMMERCIAL RECOVERY SYSTEMS, INC., | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, KENNETH BONSTELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

DATED:  February 21, 2012          RESPECTFULLY SUBMITTED,

                                                      KROHN & MOSS, LTD.

                                         By: /s/ Michael S. Agruss

                                                     Michael S. Agruss
                                                     CA Bar #: 259567
                                                     Krohn & Moss, Ltd.
                                                     10 N. Dearborn St 3rd Floor
                                                     Chicago, IL 60602
                                                     Tel: (323) 988-2400  x 235
                                                     Fax: (866) 620-2956
                                                     magruss@consumerlawcenter.com
                                                     Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I, Michael S. Agruss, certify that a true and correct copy of the foregoing was served electronically via jwood@crsresults.com upon opposing counsel of record.

               By: /s/ Michael S. Agruss
               Michael S. Agruss
               Attorney for Plaintiff