# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| KENNETH BONSTELL,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.,<br><br>   Defendant. | ) Case No.: 11-cv-01092-GJQ<br>)<br>)<br>) **NOTICE OF VOLUNTARY DISMISSAL**<br>)<br>)<br>)<br>)<br>)<br>) |

KENNETH BONSTELL (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, COMMERCIAL RECOVERY SYSTEMS, INC. (Defendant), in this case.

DATED:  March 30, 2012          RESPECTFULLY SUBMITTED,

KROHN & MOSS, LTD.

By: /s/ Mahadhi Corzano

Mahadhi Corzano
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
PH: 323-988-2400
FX: 866- 583-3695
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I, Mahadhi Corzano, certify that a true and correct copy of the foregoing was served electronically via fusselman@thefusselmanlawfirm.com upon opposing counsel of record.

                                            By: /s/ Mahadhi Corzano
                                            Mahadhi Corzano
                                            Attorney for Plaintiff